C. W. Stone, R. B. Stone, A. J. Hazeltine and J. B. Akin
*v.* the Marshall Oil Company, the Washington Oil Company and the Taylorstown Natural Gas Company.
Appeal by the Marshall Oil Company.

Argued Nov. 2, 1898. Appeal, No. 58, Oct. T., 1898, by
the Marshall Oil Company, from decree of C. P. No. 2, Allegheny Co., Oct. T., 1893, No. 132, on bill in equity. Before
GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

This was an appeal from the same decree as the appeal of
the Washington Oil Company and the Taylorstown Natural
Gas Company, ante, p. 602, where the opinion of the court
below is set forth in full.

*Thomas M. Marshall, Jr.,* with him *Frank P. Sproul,* for appellant.

*A. Leo Weil,* with him *Charles M. Thorp,* for appellee.

PER CURIAM, November 14, 1898:
We are entirely satisfied as to the correctness of the findings
of fact and conclusions of law contained in the opinion of the
learned court below, and on it we affirm the decree.

Decree affirmed, and appeal dismissed at the cost of the appellant.